ACCEPTED
01-14-00984
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/24/2015 3:35:15 PM
CHRISTOPHER PRINE
CLERK

# WATSON, CARAWAY, MIDKIFF & LUNINGHAM, L.L.P.

### A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
## ATTORNEYS AND COUNSELORS AT LAW

**HELENA VENTURINI**
hventurini@watsoncaraway.com
(FORT WORTH OFFICE)

**309 WEST 7TH STREET**
**1600 OIL & GAS BUILDING**
**FORT WORTH, TEXAS 76102**
**(817) 870-1717**
**FAX: (817) 338-4842**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/24/2015 3:35:15 PM
CHRISTOPHER A. PRINE
Clerk

DALLAS OFFICE
4400 ... BLDG. SUITE 300
DALLAS, TEXAS 75204
FAX 214.302.1802

February 24, 2015

Court Clerk
First Court of Appeals
301 Fannin
Houston, Texas 77002

Re:     Case No. 01-14-00984-CV; *Tiffany Thomas v. Dr. T. Jayakumar et al.*, in the Court of
        Appeals, First District of Texas

Dear Clerk:

    Please allow this correspondence to serve as a formal request for a copy of the Clerk's
Record in the above referenced matter. It is my understanding that a CD will be forwarded to
our office. In order to expedite this matter, please contact Connie Hamblen at 817-870-1717 to
obtain our FedEx account number.

    Thank you for your assistance.

                                        Best Regards,

                                        Helena Venturini

HV/ch

cc:     Jorge Borunda/Michael Trevino/Orjanel Lewis        Fax: 877-234-4982
        Michael C. Feehan                                  Fax: 713-652-6000